# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**FRANK A. MOSLEY,**

    *Petitioner*,

v.                                  Case No.: 4:21cv167-MW/MAF

**STATE OF FLORIDA,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. This Court lacks jurisdiction to consider Petitioner's request for an extension of time to file his § 2254 habeas petition. But this Court wants to make plain to Petitioner that it is not dismissing Petitioner's case simply to thwart his efforts. Instead, this Court recognizes that Petitioner's time is best served filing his habeas petition, rather than requesting an extension to file his habeas petition, before his July 2021 deadline. Petitioner will likely be permitted to amend his petition once it is filed, but it must be filed on time.

Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 3, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for lack of jurisdiction." A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is **DENIED**. The Clerk shall close the file.

**SO ORDERED on May 21, 2021.**

s/Mark E. Walker             
**Chief United States District Judge**
